IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLENN R. WAITE, Personal Representative of, and HARRIET I. WAITE, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:91CV177 |
| V. | ) ) | |
| RICHARD A. SAVAGE, M.D., | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

This matter is before the court on Defendant Richard Savage, M.D.'s motion for extension of time to respond to Plaintiff's motion for relief from the memorandum and order filed in this action on July 20, 1992 (filing 57). Defendant's motion shall be granted.

IT IS ORDERED:

1. Defendant's motion for extension of time (filing 57) is granted;

2. Defendant shall file a brief and any evidentiary materials responding to Plaintiff's motion for relief (filing 54) on or before December 15, 2010.

November 19, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge